Nabeel M. Zuberi, SBN 294600
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
301 E. Ocean Blvd., Suite 1720
Long Beach, California 90802
Telephone/Facsimile: (562) 983-5378

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FLORENTINO LEANILLO; and ROSALINDA LEANILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. 2:19-cv-00925-TLN-CKD<br><br>[*Hon. Troy L. Nunley*]<br><br>**FIRST STIPULATION AND ORDER TO EXTEND JPMORGAN CHASE BANK, N.A.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Current Response Date: June 20, 2019<br><br>New Response Date: July 18, 2019 |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY**:

Plaintiffs FLORENTINO LEANILLO and ROSALINDA LEANILLO (collectively "Plaintiffs") and defendant JPMORGAN CHASE BANK, N.A. ("Chase"), through their respective counsel, hereby stipulate to extend the date for Chase to respond to Plaintiffs' Complaint through July 18, 2019. In support of their stipulation, the parties recite the following:

1. On May 22, 2019, Plaintiffs caused the above-captioned case to be commenced by the filing of a Complaint.

2. On May 30, 2019, Chase was served in this matter by and through its California registered agent. Accordingly, Chase's deadline to file a responsive pleading is June 20, 2019.

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

3. The parties now seek a 28-day extension of Chase's deadline to file a responsive pleading to Plaintiffs' Complaint, pursuant to Local Rule 144(a).

4. Chase seeks this extension because the parties are discussing terms for an early resolution of this matter between Plaintiffs and Chase.

5. Chase has not previously requested or been granted an extension to file a responsive pleading in this matter.

**NOW WHEREFORE**, it is stipulated by the parties that:

Chase's time to respond to the Plaintiffs' Complaint is hereby extended through July 18, 2019.

**IT IS SO STIPULATED**.

Dated: June 13, 2019    **MCCALLA RAYMER LEIBERT PIERCE, LLP**

By: ___/s/ Nabeel M. Zuberi_____
**NABEEL M. ZUBERI**
Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

Dated: June 13, 2019    **GALE ANGELO JOHNSON & PRUETT, P.C.**

By: ___/s/ Joseph Angelo_____
**JOSEPH ANGELO**
Attorneys for Plaintiffs,
Florentino Leanillo and Rosalinda Leanillo

In accordance with the foregoing stipulation, **IT IS SO ORDERED**.

Dated: June 13, 2019

_____
Troy L. Nunley
United States District Judge