Nabeel M. Zuberi, SBN 294600
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
301 E. Ocean Blvd., Suite 1720
Long Beach, California 90802
Telephone/Facsimile: (562) 983-5378
Nabeel.Zuberi@mccalla.com

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| FLORENTINO LEANILLO; and ROSALINDA LEANILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. 2:19-cv-00925-TLN-CKD<br><br>[*Hon. Troy L. Nunley*]<br><br>**SECOND STIPULATION TO EXTEND JPMORGAN CHASE BANK, N.A.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Current Response Date: July 18, 2019<br><br>New Response Date: August 19, 2019 |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY**:

Plaintiffs FLORENTINO LEANILLO and ROSALINDA LEANILLO (collectively "Plaintiffs") and defendant JPMORGAN CHASE BANK, N.A. ("Chase"), through their respective counsel, hereby stipulate to extend the date for Chase to respond to Plaintiffs' Complaint through August 19, 2019. In support of their stipulation, the parties recite the following:

1. On May 22, 2019, Plaintiffs caused the above-captioned case to be commenced by the filing of a Complaint.

2. On May 30, 2019, Chase was served in this matter by and through its California registered agent. Accordingly, Chase's deadline to file a responsive pleading is June 20, 2019.

3. The parties previously stipulated to extend Chase's deadline from June 20, 2019 to July 18, 2019, and the order was entered on June 14, 2019 [Dkt. No. 10].

4. The parties now seek an additional 30-day extension of Chase's deadline to file a responsive pleading to Plaintiffs' Complaint, pursuant to Local Rule 144(a).

5. Chase seeks this extension because the parties are continuing to discuss terms for an early resolution of this matter between Plaintiffs and Chase.

**NOW WHEREFORE**, it is stipulated by the parties that:

Chase's time to respond to the Plaintiffs' Complaint is hereby extended through August 19, 2019.

**IT IS SO STIPULATED**.

Dated: July 8, 2019          **MCCALLA RAYMER LEIBERT PIERCE, LLP**

By: ___/s/ Nabeel M. Zuberi_____
**NABEEL M. ZUBERI**
Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

Dated: July 8, 2019          **GALE ANGELO JOHNSON & PRUETT, P.C.**

By: ___/s/ Joseph Angelo_____
**JOSEPH ANGELO**
Attorneys for Plaintiffs,
Florentino Leanillo and Rosalinda Leanillo

In accordance with the foregoing stipulation, **IT IS SO ORDERED**.

Dated: July 8, 2019

_____
Troy L. Nunley
United States District Judge